IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-02219-ZLW-CBS

PATRICIA A. DOYLE

    Plaintiff,

v.

AMERICAN FURNITURE WAREHOUSE CO.,
a Colorado corporation doing business as
AMERICAN FURNITURE WAREHOUSE,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice (Doc. # 15) signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, each party to pay her or its own costs and fees associated with this matter.

DATED at Denver, Colorado, this  20th  day of   August  , 2008.

                        BY THE COURT:

                        *Zita L. Weinshienk*
                        _____
                        ZITA L. WEINSHIENK, Senior Judge
                        United States District Court